# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00649-CV

**Shane Supulver, Appellant**

**v.**

**Jennifer L. Farmer-Supulver, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
## NO. D-1-FM-06-003029, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On December 4, 2006, the clerk of this Court sent appellant notice that his brief was overdue and that his appeal would be dismissed for want of prosecution if he did not respond to this Court by December 14, 2006. Appellant has advised the Court that he no longer wishes to pursue his appeal. Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed for Want of Prosecution

Filed:   May 8, 2007